UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 25  P 3: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| Charlene M. Wood, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-12183 PBS |
| vs. | ) | |
| | ) | |
| The Charles Stark Draper Laboratory, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S RETURNS OF SERVICE

Now comes the Plaintiff, Charlene M. Wood, by her attorney, and respectfully submits

herein her returns of service in the above action.

Respectfully submitted,
Charlene M. Wood
By her attorney,

Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

I hereby certify that a true copy of the within
document was served upon all pro se parties/
attorneys of record by hand/first class mail,
postage prepaid, on  10-22-04

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED
IN CLERKS OFFICE

District of _____ Massachusetts 2004 OCT 25 P 3: 30

Charlene M. Wood

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL ACTION**

V.

The Charles Stark Draper Laboratory, Inc.

CASE NUMBER:

# 0 4 - 1 2 1 8 3 PBS

TO: (Name and address of Defendant)

Any Officer, General or Managing Agent
The Charles Stark Draper Laboratory, Inc.
555 Technology Square
Cambridge, MA 02139

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul F. Wood, Esquire
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

10-18-04

CLERK

(By) DEPUTY CLERK

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _(signature)_   ☐ Agent   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery   10/19/04

1. Article Addressed to:

Leslie Brickenstein, Esq.
Goodwin Procter
Exchange Place
Boston, MA 02109

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(Transfer from service label)
7001 1940 0005 3542 1213

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M   0