UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Charlene Wood
                Plaintiff(s),                CIVIL ACTION
                                                  NO.   04-12183-PBS
    v.

The Charles Stark Draper Laboratory, Inc.
                Defendant(s).

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                             November 19, 2004

      The Scheduling Conference previously scheduled for January 5, 2005, has been **rescheduled** to **January 6, 2005, at 4:00 p.m.**

                                                              By the Court,

                                                            ./s/ Robert C. Alba
                                                             Deputy Clerk

Copies to:  All Counsel

resched.ntc