UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Charlene M. Wood, | ) | |
| | ) | |
|   Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-12183 PBS |
| vs. | ) | |
| | ) | |
| The Charles Stark Draper Laboratory, Inc., | ) | |
| | ) | |
|   Defendant. | ) | |

<u>JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)</u>

    Now come the Parties, by their respective counsel, and submit herein their Local Rule 16.1(D) Joint Statement:

(1)    <u>Discovery Plan</u> -

    **January 31, 2005:**    Automatic Required Disclosures served.

    **June 30, 2005**:    Non-expert Discovery completed.

    **June 30, 2005**:    Plaintiff's Expert Disclosure served.

    **July 30, 2005:**    Defendants' Expert Disclosures served.

    **August 31, 2005**:    All expert discovery completed.

    The Parties do not believe that phased discovery is appropriate in this action.

(2)    <u>Proposed Schedule for the Filing of Motions</u> -

    **September 30, 2005:**    All motions under Fed.R.Civ.P. 56 filed, with oppositions to be filed within twenty-one days thereafter.

    **January, 2006:**    The Parties will be ready for trial.

(3)  <u>Certifications Signed by Counsel and Authorized Party Representatives</u> -

The said Certifications will be filed by the Parties under separate cover.

Respectfully Submitted,

| | |
|---|---|
| Charlene M. Wood | The Charles Stark Draper Laboratory, Inc. |
| By her attorney, | By its attorneys, |
| | |
| /s/ Paul F. Wood | /s/ Leslie S. Blickenstaff (pfw) |
| Paul F. Wood, BBO 565195 | James W. Nagle, Esquire BBO 366540 |
| Law Office of Paul F. Wood, P.C. | Leslie S. Blickenstaff, Esquire BBO 636267 |
| 45 Bowdoin Street | Goodwin Proctor LLP |
| Boston, MA  02114 | Exchange Place |
| (617) 532-2666 | Boston, MA 02109 |
| | (617) 570-1000 |