UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charlene M. Wood, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 04-12183 PBS |
| vs. ) | |
| ) | |
| The Charles Stark Draper Laboratory, Inc., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S RULE 16.1(d)(3) CERTIFICATION

The undersigned hereby certify that they have conferred with respect to the above matter (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

By: _Charlene Wood_  12/2/04
   Charlene M. Wood        Date

By: _____  _____
   Paul F. Wood, BBO No. 565195    Date
   Law Office of Paul F. Wood, P.C.
   45 Bowdoin Street
   Boston, Massachusetts  02114
   (617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro-se parties/ attorneys of record by hand/first class mail, postage prepaid, on _____