UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLENE WOOD,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARLES STARK DRAPER<br>LABORATORY, INC.,<br><br>Defendant. | Civil Action No. 04-12183 (PBS) |

**DEFENDANT'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), The Charles Stark Draper Laboratory Inc. and its attorneys hereby certify that they have conferred regarding a budget for the present litigation and have discussed the use of alternative dispute resolution to resolve the present litigation.

Respectfully submitted,

THE CHARLES STARK DRAPER
LABORATORY, INC.,

By its attorneys,

_____
James W. Nagle, P.C. (BBO No. 366540)
Leslie S. Blickenstaff (BBO NO. 636267)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

_____
William Elias, Esq.
General Counsel

Date: December 29, 2004

LIBB/1304440.1

## CERTIFICATE OF SERVICE

On the 29thday of December, 2004, I, Leslie S. Blickenstaff, attorney for the Defendant The Charles Stark Draper Laboratory, Inc. in the above-entitled action, hereby certify that I served a copy of the within Defendant's Certification Pursuant to Local rule 16.1(D)(3) upon the parties, by mailing first class mail postage prepared to:

>Paul F. Wood, Esq.
>Law Office of Paul F. Wood, P.C.
>45 Bowdoin Street
>Boston, MA 02114

_____
Leslie S. Blickenstaff

LIBB/1304440.1