UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Charlene Wood
Plaintiff,

    V.           Civil Action Number
                   04-12183-PBS

The Charles Stark Draper Lab, Inc.
Defendant.             January 6, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 6/30/05

Plaintiff's expert designation deadline: 6/30/05

Defendant's expert designation deadline: 7/30/05

Expert discovery deadline: 8/31/05

Summary Judgment Motion filing deadline: 9/30/05

Opposition to Summary Judgment Motions: 10/21/05

Hearing on Summary Judgment or Pretrial Conference: 11/15/05 at 2:00 p.m.

Case to be referred to Mediation program: Spring, 2005

                   By the Court,

                   /s/ Robert C. Alba
                   Deputy Clerk