UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Charlene M. Wood, <br><br> Plaintiff, <br><br> v. <br><br> The Charles Stark Draper Laboratory, Inc., <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

FILED
IN CLERKS OFFICE

2005 JAN 28  A 10: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No.
04-12183 PBS

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Plaintiff Charlene Wood and Defendant The Charles Stark Draper Laboratory, Inc. hereby request that the Court approve and enter the Stipulated Protective Order Regarding Confidential Information attached hereto as Exhibit 1.

CHARLENE WOOD

By her attorneys,

*Paul Wood/LSB*
Paul F. Wood, Esq.    (BBO #565195)
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

THE CHARLES STARK DRAPER
LABORATORY, INC.

By its attorneys,

*[signature]*
James W. Nagle  (BBO # 366540)
Leslie S. Blickenstaff (BBO #636267)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

January 28, 2005

LIBB/1318456.1