UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Charlene M. Wood, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 04-12183 PBS |
| vs. | ) | |
| | ) | |
| The Charles Stark Draper Laboratory, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the Plaintiff, Charlene M. Wood, and Defendant, The Charles Stark Draper Laboratory, Inc., and hereby voluntarily agree and stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), that this action shall be dismissed with prejudice, each party to pay her or its own costs and attorney fees.

Respectfully submitted,

| | |
|---|---|
| Charlene M. Wood | The Charles Stark Draper Laboratory, Inc. |
| By his attorney, | By its attorneys, |
| | |
| /s/ Paul F. Wood | /s/ Leslie S. Blickenstaff (pfw w/permission) |
| Paul F. Wood, BBO 565195 | James W. Nagle, PC, BBO 366540 |
| Law Office of Paul F. Wood, P.C. | Leslie S. Blickenstaff, BBO 636267 |
| 45 Bowdoin Street | Goodwin Procter, LLP |
| Boston, MA  02114 | Exchange Place |
| (617) 532-2666 | Boston, MA  02109 |
| | (617) 570-1000 |